The Honorable James L. Robart

1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8 AT SEATTLE

9

| | |
|---|---|
| MEREDITH BEAGLE and JORDAN GUERRERO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>AMAZON.COM, INC., and AMAZON.COM SERVICES LLC,<br><br>        Defendants. | No. 2:24-cv-00316-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR CONSOLIDATION, FILING OF CONSOLIDATED AMENDED COMPLAINT, AND SCHEDULE FOR ANSWER OR MOTION TO DISMISS.**<br><br>NOTE ON MOTION CALENDAR: APRIL 26, 2024 |
| SOFAUNA JOHNSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC.<br><br>        Defendant. | No. 2:24-cv-00424-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR CONSOLIDATION, FILING OF CONSOLIDATED AMENDED COMPLAINT, AND SCHEDULE FOR ANSWER OR MOTION TO DISMISS.**<br><br>NOTE ON MOTION CALENDAR: APRIL 26, 2024 |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER FOR
CONSOLIDATION AND SETTING DEADLINES- 1
(2:24-cv-00316-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**STIPULATED MOTION**

Pursuant to Local Civil Rules 10(g) and 42(b), and Federal Rules of Civil Procedure 6 and 42, the Parties stipulate and agree as follows:

1.      The above-captioned proposed class actions ("*Beagle* and *Johnson*") each allege claims against Amazon.com, Inc. and Amazon.com Services LLC (collectively "Amazon")[1] based on Amazon's alleged disclosure of customers' personally identifiable information ("PII") related to their use of Prime Video streaming services.  *See Beagle v. Amazon.com, Inc.*, Case No. 2:24-cv-00316-JLR, Dkt. 1 ("Beagle Compl."); *Johnson v. Amazon.com, Inc.*, Case No. 2:24-cv-00424-JLR, Dkt. 1 ("Johnson Compl.").  Plaintiffs in *Beagle* allege that such disclosures violate the Video Privacy Protection Act, 18 U.S.C. § 2710, and the Washington Consumer Protection Act, RCW 19.86 *et seq.  See* Beagle Compl.  The Plaintiff in *Johnson* alleges that such disclosures violate California Civil Code § 1799.3.  *See* Johnson Compl.

2.      Both cases are putative class actions with overlapping classes, in which the California class in the later-filed *Johnson* complaint consists of a subset of the nationwide class in the earlier-filed *Beagle* complaint.  *See* Beagle Compl. ¶ 109 (defining putative class as "[a]ll persons nationwide who have rented, purchased, or streamed audiovisual content from Amazon Prime…"); Johnson Compl. ¶ 62 (defining putative class as "all persons in the State of California who have Prime Video and amazon.com accounts, and viewed videos on Prime Video").

3.      Recognizing the similarities between the cases, Amazon filed notices of related case in both *Beagle* and *Johnson* pursuant to LCR 3(g).  *See Beagle* Dkt. 26; *Johnson* Dkt. 13.

4.      Counsel for Amazon and counsel for the Plaintiffs in both *Beagle* and *Johnson* have conferred about consolidating the two actions.  Plaintiffs and Amazon agree that consolidation of the *Beagle* and *Johnson* actions is appropriate because the actions involve materially similar allegations and consolidation will result in substantial efficiencies in managing both cases.  *See Doe v. Fred Hutchinson Cancer Ctr.*, No. 2:23-cv-01893-JHC, 2024 WL 69881,

---

[1] The *Johnson* Complaint lists Amazon.com, Inc. as the defendant in the caption, but the body of the complaint and the civil cover sheet state that Plaintiff asserts her claims against Amazon.com Services LLC. *See* Johnson Compl.

STIPULATION AND [PROPOSED] ORDER FOR
CONSOLIDATION AND SETTING DEADLINES- 2
(2:24-cv-00316-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

at *1 (W.D. Wash. Jan. 5, 2024) ("Consolidation is appropriate [where] … the [two] actions present common questions of law and fact and there are substantial efficiencies to be gained.").

5. Because consolidation will require the filing of a consolidated amended complaint, the Parties have discussed and agreed upon a schedule for filing the consolidated amended complaint and a briefing schedule on Amazon's anticipated motion to dismiss.

6. Based on the foregoing, the Parties stipulate and agree as follows, subject to the Court's approval:

- The *Beagle* and *Johnson* actions shall be consolidated under the earlier-filed *Beagle* case number;

- Plaintiffs shall file a consolidated amended complaint within 30 days of the Court's order granting this stipulation to consolidate;

- Amazon shall file its response within 30 days after Plaintiffs file the consolidated amended complaint;

- Plaintiffs' opposition to any motion to dismiss by Amazon shall be due 30 days after the filing of Amazon's motion to dismiss;

- Amazon shall file any reply in support of its motion to dismiss within 14 days after the filing of Plaintiffs' response.

7. Further, since consolidation impacts the parties and counsel involved in the Rule 26 conferral, disclosures, and report, the Parties further agree and stipulate (subject to the Court's approval) to continue the deadlines set forth in the *Beagle* Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement ("Initial Scheduling Order," Dkt. 28). The Parties stipulate and agree to vacate the deadlines in the Initial Scheduling Order and request that the Court issue a renewed Initial Scheduling Order after it resolves Amazon's anticipated motion to dismiss the consolidated amended complaint, to the extent any claims survive.

8. The parties have previously sought and obtained one prior extension of time in this matter. The only deadlines or case event dates that will be impacted by this stipulated

STIPULATION AND [PROPOSED] ORDER FOR
CONSOLIDATION AND SETTING DEADLINES- 3
(2:24-cv-00316-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  extension concern the deadline for Amazon to respond to the Complaint and associated briefing

2  schedule for any motion to dismiss, and the deadlines in the Initial Scheduling Order (Dkt. 28).

3       IT IS SO STIPULATED.

4       DATED this 24th day of April, 2024.

5

6  **BURNS CHAREST LLP**

7  By   *s/ Amanda K. Klevorn*

8     Amanda K. Klevorn, *pro hac vice*
      Korey A. Nelson, *pro hac vice*

9     Laura S. Seggerman, *pro hac vice*
      365 Canal Street, Suite 1170

10    New Orleans, LA 70130
      Telephone: (504) 799-2845

11    Facsimile: (504) 881-1765
      Email: aklevorn@burnscharest.com

12    Email: knelson@burnscharest.com
      Email: lseggerman@burnscharest.com

13

14    Cristina Delise, *pro hac vice*
      757 Third Avenue, 20th Floor

15    New York, NY 10017
      Telephone: (469) 904-4550

16    Facsimile: (469) 444-5002
      Email: cdelise@burnscharest.com

17

18 **DUNCAN LAW, PLLC**

19    Shaquelle M. Duncan, WSBA #56701
      410 SW 10th Street, Suite 215

20    Renton, WA 98057
      Telephone: (206) 237-7714

21    Facsimile: (206) 238-1324
      Email: duncans@duncanlawpllc.com

22

23 **BRAGAR EAGEL & SQUIRE, P.C.**

24    Melissa A. Fortunato, *pro hac vice*
      580 California Street, Suite 1200

25    San Francisco, CA 94104
      Telephone: (415) 568-2124

26    Facsimile: (212) 304-0506
      Email: fortunato@bespc.com

27

**DAVIS WRIGHT TREMAINE LLP**

By   *s/ John Goldmark*
   John Goldmark, WSBA #40980
   Lauren B. Rainwater, WSBA #43625
   Erwin Reschke, *pro hac vice*
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Telephone:  (206) 757-8136
   Email: JohnGoldmark@dwt.com
   Email: LaurenRainwater@dwt.com
   Email: ErwinReschke@dwt.com

*Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

**CARSON NOEL PLLC**

By   *s/ Wright A. Noel*
   Wright A. Noel
   20 Sixth Avenue NE
   Issaquah, WA 98027
   Telephone: (425) 837-4717
   Facsimile: (425) 837-5396
   Email: wright@carsonnoel.com

**BURSOR & FISHER, P.A.**

   Joseph I. Marchese, *pro hac vice*
   Phillip L. Fraietta, *pro hac vice*
   1300 Avenue of the Americas, 32nd Floor
   New York, NY 10019
   Telephone: (646) 837-7150
   Facsimile: (212) 989-9163
   Email: jmarchese@bursor.com
   Email: pfraietta@bursor.com

STIPULATION AND [PROPOSED] ORDER FOR
CONSOLIDATION AND SETTING DEADLINES- 4
(2:24-cv-00316-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Lawrence P. Eagel, *pro hac vice*
Casey C. DeReus, *pro hac vice*
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
Email: eagel@bespc.com
Email: dereus@bespc.com

Brittany S. Scott, *pro hac vice*
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: bscott@bursor.com

*Counsel for Plaintiff Sofauna Johnson*

*Counsel for Plaintiffs Meredith Beagle
and Jordan Guerrero*

STIPULATION AND [PROPOSED] ORDER FOR
CONSOLIDATION AND SETTING DEADLINES- 5
(2:24-cv-00316-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# [PROPOSED] ORDER

Pursuant to the Parties' above stipulated motion, the Court Orders that:

- *Johnson v. Amazon.com, Inc.*, Case No. 2:24-cv-00424-JLR be consolidated with *Beagle et al. v. Amazon.com, Inc. et al.*, Case No. 2:24-cv-00316-JLR.

- Plaintiffs in *Johnson* and *Beagle* are granted 30 days from the date of entry of this order to file a consolidated amended complaint.

- Amazon's deadline to respond to the Complaint is extended to 30 days after Plaintiffs file a consolidated amended complaint;

- Plaintiffs' response to any motion to dismiss the consolidated amended complaint is due 30 days after Amazon files any such motion, and Amazon's reply in support is due 14 days after Plaintiffs' response; and

- The deadlines in the Initial Scheduling Order (Dkt. 28) are hereby stricken, and will be reset by the Court after it rules on Amazon's motion to dismiss.

IT IS SO ORDERED this 26th day of April, 2024.

_____

The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax